

# Fourth Court of Appeals
## San Antonio, Texas

October 9, 2020

No. 04-19-00879-CV

**CITY OF LEON VALLEY,**
Appellant

v.

Benny **MARTINEZ,**
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-08343
Honorable Peter Sakai, Judge Presiding

# O R D E R

On September 29, 2020, Appellee timely filed a motion for rehearing. *See* TEX. R. APP. P. 49.1. The court requests that Appellant file a response to Appellee's motion. *See id.* R. 49.2.

If Appellant chooses to file a response, Appellant must file the response, or a motion for extension of time to file a response, within TEN DAYS of the date of this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of October, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court